No. 8,251.   MRS. LETTIE TOMAN, RESPONDENT, *v.* MONTGOMERY WARD & CO., INC., APPELLANT.

Decided September 8, 1941.

PER CURIAM.—It is ordered that the appellant in the above entitled cause be permitted to discontinue and withdraw

its appeal in accordance with the voluntary withdrawal on file herein, and it is further ordered that the appeal be dismissed without prejudice to another appeal by said appellant, and that the clerk of this court transmit to the clerk of the district court of Lewis and Clark county a copy of this order.

*Messrs. Lester H. Loble* and *Hugh R. Adair,* for Appellant.